```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

OLASUPO OLAGOKE,                :
                                :
     Plaintiff,                 :
                                :     CIVIL ACTION
v.                              :
                                :     NO. 1:11-CV-2672-TWT-ECS
COBB COUNTY SCHOOL,             :
                                :
     Defendant.                 :
                                :

### ORDER, FINAL REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

On August 12, 2011, Plaintiff filed an application for leave to proceed in forma pauperis with an action under Title VII of the Civil Rights Act of 1964 for employment discrimination based on race and national origin. [Doc. 1]. On August 22, 2011, this Court entered an order striking Plaintiff's Complaint for failure to state a claim, and permitting Plaintiff to re-plead within fourteen (14) days. [Doc. 3]. To date, Plaintiff has not re-filed a complaint. Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED**.

Also pending before the Court is Plaintiff's motion for appointment of counsel [Doc. 2]. Having failed to re-plead within the permitted time, Plaintiff's motion for appointment of counsel [Doc. 2] is **DENIED as moot**.

The Clerk is **DIRECTED** to terminate the reference of the above styled case to the undersigned magistrate judge.

**SO ORDERED**, **REPORTED AND RECOMMENDED** this 21st day of September, 2011.

_s/ E. Clayton Scofield_
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)