IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OLASUPO OLAGOKE,

    Plaintiff,

    v.      CIVIL ACTION FILE
NO. 1:11-CV-2672-TWT

COBB COUNTY SCHOOL,

    Defendant.

## ORDER

This is a pro se Title VII action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action. The Plaintiff has filed an amended Complaint but it still fails to allege facts showing a plausible claim for relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of October, 2011.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge

T:\ORDERS\11\Olagoke\11cv2672\r&r.wpd